**Order entered July 14, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01122-CR

### VICENTE ALEJANDRO PEREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F13-62649-N**

## ORDER

On June 24, 2015, the Court sent the parties a letter questioning our jurisdiction over the appeal. Specifically, we noted that sentence was imposed in open court on July 9, 2014 and no motion for new trial was filed. Therefore, appellant's notice of appeal was due by August 8, 2014. Appellant's notice of appeal is file-stamped August 22, 2014, nothing in the record reflects that it was mailed on or before August 8, 2014, and no extension motion was filed in this Court within fifteen days of August 8, 2014. In response, appellant filed a letter brief seeking a thirty-day extension of time to supplement the record with documentation to support this Court's jurisdiction. The State responds that it does not oppose the extension.

We **GRANT** the extension as follows. We **ORDER** appellant to file, within **THIRTY DAYS** of the date of this order, a supplemental record that contains documentation that

establishes the date, if any, on which appellant's notice of appeal was mailed to the trial court. That documentation may be submitted in accordance with Texas Rule of Appellate Procedure 9.2. If the court does not receive the required documentation with the time specified, we will, without further notice, dismiss the appeal for want of jurisdiction.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.


/s/  ADA BROWN
   JUSTICE